CAMPBELL & WILLIAMS
SAMUEL R. MIRKOVICH, ESQ. (11662)
srm@cwlawlv.com
ARIANA N. REED, ESQ. (15310)
anr@cwlawlv.com
NICHOLAS S. HAGENKORD, ESQ. (15927)
nsh@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL J. BECKER, individually and as the Special Administrator of the ESTATE OF BARRY W. BECKER, DANIEL BECKER, individually, and SUSAN D. BECKER, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> PEDEGO, LLC, a Delaware limited liability company; DOE PEDEGO RETAILER; DOES I through X, inclusive; and ROE ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-01744-RFB-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

*Left margin (vertical):* CAMPBELL & WILLIAMS  ATTORNEYS AT LAW  710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101  Phone: 702.382.5222 • Fax: 702.382.0540  www.campbellandwilliams.com

1

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiffs' claims shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED that all pending motions are withdrawn, and that any hearing dates and status checks may be vacated.

DATED this 15th day of May, 2026

CAMPBELL & WILLIAMS

By: /s/ *Samuel R. Mirkovich*
J. Colby Williams, Esq. (5549)
Samuel R. Mirkovich, Esq. (11662)
Ariana N. Reed, Esq. (15310)
710 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

DATED this 15th day of May, 2026

OLSON CANNON & GORMLEY

By: /s/ *Thomas D. Dillard, Jr.*
James R. Olson, Esq. (000116)
Thomas D. Dillard, Jr., Esq. (006270)
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

*Attorneys for Defendant*

### ORDER

IT IS HEREBY ORDERED that Plaintiffs' claims shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED that all pending motions are withdrawn, and that any hearing dates and status check may be vacated.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

2

**Friday, May 15, 2026 at 1:29:29 PM Pacific Daylight Time**

**Subject:** RE: Becker - Stipulations to Dismiss
**Date:** Friday, May 15, 2026 at 1:07:38 PM Pacific Daylight Time
**From:** Tom Dillard
**To:** Sam Mirkovich, Nan Langenderfer
**CC:** Leslie Gualajara, Crystal Balaoro

You may affix my electronic signature to both stipulations to be filed.

Thank you, Sam.


Thomas D. Dillard, Jr., Esq., Shareholder
Olson Cannon & Gormley
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
PH: 702-384-4012
FX: 702-383-0701

**Privileged and Confidential**
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski for any loss of damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

**From:** Sam Mirkovich <srm@cwlawlv.com>
**Sent:** Friday, May 15, 2026 11:37 AM
**To:** Nan Langenderfer <nlangenderfer@ocgattorneys.com>; Tom Dillard <tdillard@ocgattorneys.com>
**Cc:** Leslie Gualajara <lmg@cwlawlv.com>; Crystal Balaoro <cbb@cwlawlv.com>
**Subject:** FW: Becker


Hi Tom and Nan,

Attached please find drafts of the two stipulations and orders to dismiss.  Please let me know if you have any edits or changes.  Thanks.

**Samuel R. Mirkovich, Esq.**
Campbell & Williams
710 S. Seventh St.
Las Vegas, NV 89101
T: (702) 382-5222
F: (702) 382-0540
srm@cwlawlv.com | www.campbellandwilliams.com

1 of 2